IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAM J. PEARSON, IV,
    Plaintiff,

vs.                              Case No.:  3:11cv81/MCR/CJK

BRIDGET E. GRAHAM, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk.  Plaintiff commenced this civil rights action on February 17, 2011, by filing a complaint pursuant to 42 U.S.C. § 1983 (doc. 1), and a motion to proceed *in forma pauperis* (doc. 2).  Plaintiff's motion, however, was found to be deficient and he was given thirty (30) days in which to either submit the $350.00 filing fee or file another motion to proceed *in forma pauperis,* with a properly completed affidavit of financial status (doc. 5).  On May 2, 2011, having received no response from plaintiff, this court issued an order giving plaintiff fourteen (14) days to show cause why this case should not be dismissed (doc. 6).  To date, there has been no response from plaintiff whatsoever since his initial filing.

      Accordingly, it is respectfully RECOMMENDED:

      1.    That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 31st day of May, 2011.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**