IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAM J. PEARSON, IV,

    Plaintiff,

vs.                                     Case No.   3:11cv81/MCR/CJK

BRIDGET E. GRAHAM, et al.,

    Defendants.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 31, 2011.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been made.  Having fully considered the record and the report and recommendation, to which no objections have been filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to prosecute and failure to comply with orders of the court.

    3.    The clerk is directed to close the file.

DONE AND ORDERED this 11th day of July, 2011.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**